IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND BUZBEE, JR.                                                                PLAINTIFF

v.                                          CASE NO. 12-CV-1108

ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Case. (ECF No. 19). Plaintiff seeks to dismiss his action against Defendant. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion (ECF No. 19) should and be hereby is **GRANTED**. Plaintiff's action against Defendant is **DISMISSED WITH PREJUDICE**. Defendant's Motion for Summary Judgment (ECF No. 14) is now moot.

**IT IS SO ORDERED**, this 7th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge